**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6354**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLIE PATTERSON TAYLOR,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-99-99)

———————

Submitted:  July 30, 2002      Decided:  September 9, 2002

———————

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charlie Patterson Taylor, Appellant Pro Se.  Stephen Wiley Miller, Richard Barton Campbell, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles P. Taylor appeals from the district court's orders denying his motion to dismiss the indictment and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Taylor, No. CR-99-99 (E.D. Va. Dec. 6, 2001; Jan. 22, 2002); see United States v. Emmanuel, 288 F.3d 644, 649 (4th Cir. 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED